THIS IS TO CERTIFY THAT A COPY OF THIS ORDER HAS BEEN SENT TO:

**Amr Mohsen**
92949-001
Federal Correctional Inst.
Post Office Box 9000
Safford, AZ 85548-9000
PRO SE

Dated: May 21, 2013                                       Richard W. Wieking, Clerk

                                                          By: _____/s/_____
                                                              Martha Parker Brown, Deputy Clerk